could be inferred from the fact that the case fell. It appeared that defendant's driver made use of a hook, in unloading the cases, which is the customary appliance for that purpose, and there is no evidence that there was lack of proper assistance. Upon all of the evidence the jury determined that the fall of the case was due to an unavoidable accident, for which the defendant is not responsible, and I think that this finding was justified. In addition, defendant's witnesses testified (and the jury were justified in believing them) that when the driver began to unload the truck he called out to the plaintiff and warned him to look out. Notwithstanding this, it appears that he did not move, but continued his conversation. It is true that plaintiff stated that he did not hear the warning; but the testimony was to the effect that it was audibly given, and the jury were justified in believing that the plaintiff did hear it, and paid no attention to it.. I think the order setting the verdict aside should be reversed, with costs, and judgment rendered on the verdict in favor of the defendant.

RYTTENBERG, Respondent, v. RICHARDS, Appellant, et al. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Moses R. Ryttenberg, as receiver, etc., against J. Treadwell Richards, impleaded with others. J. H. McCrahon, for appellant. R. B. Wood, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

R. & R. HANDKERCHIEF CO. v. DOCKENDORFF. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Action by the R. & R. Handkerchief Company against John E. Dockendorff. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

SABINI v. ZANETTI. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Michael Sabini against Peter Zanetti. No opinion. Motion and application denied, with $10 costs. Orders signed and filed.

SACHS, Respondent, v. GALOWSKI, Appellant. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Julius Sachs against Bernard Galowski. M. S. Bevins, for appellant. H. Gottlieb, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SAGE BROS., Inc., Respondent, v. HALPERN, Appellant. (Supreme Court, Appellate Division, Second Department. May 5, 1911.) Action by Sage Bros., Incorporated, against Lena Halpern. No opinion. Motion denied, on condition that the appellant perfect her appeal, place the case on the next calendar, and be ready for argument when reached; otherwise, motion granted, with costs.

In re SCHELL'S WILL. (Supreme Court, Appellate Division, Third Department. May 3, 1911.) In the matter of proving the last will and testament of Hannah M. Schell, deceased. Roy Wood, contestant, appellant. No opinion. Decree unanimously affirmed, with costs to the respondent executor and to the special guardian, Wood, payable out of the estate.

SCHLAFER, Appellant, v. STERN et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 9, 1911.) Action by Ethel Schlafer against David Stern and others. No opinion. Order affirmed on reargument, with $10 costs and disbursements.

SCHMIDT, Respondent, v. NIAGARA ELECTRO-CHEMICAL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 3, 1911.) Action by Byron J. Schmidt, an infant, etc., against the Niagara Electro-Chemical Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied. For former decision, see 128 N. Y. Supp. 1145.

SCHULMAN, Respondent, v. GRAPHIC ARTS CO., Appellant. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Louis Schulman against the Graphic Arts Company. A. Becker, for appellant. M. Trice, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Order filed.

SCHWARTZ, Appellant, v. LIPPMAN et al., Respondents. (Supreme Court, Appellate Division, First Department. May 19, 1911.) Action by Sarah Schwartz, as administratrix, etc., against George Lippman and others. H. C. Smyth, for appellant. B. C. Loder, for respondents. No opinion. Order affirmed, with costs. Order filed. See, also, 124 App. Div. 935, 109 N. Y. Supp. 1146.

SEDGWICK v. SEWARD DEVELOPMENT CO. et al. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Alexander Sedgwick against the Seward Development Company, impleaded with others. No opinion. Motion for reargument denied, with $10 costs. Order filed. For former opinion, see 129 N. Y. Supp. 209.

SENA, Respondent, v. SENA, Appellant. (Supreme Court, Appellate Division, Second Department. May 19, 1911.) Action by Agnes Sena against Michael Sena. No opinion. Appeal dismissed, with costs.

SHAW v. FIFTH AVE. COACH CO. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Marion A. Shaw against the Fifth Avenue Coach Company. No opinion. Application denied, with $10 costs. Order signed.

SHEEHEY, Respondent, v. DALY, Appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1911.) Action by John J. Sheehey against Priscilla E. Daly, as administratrix, etc., of Helen Egan, deceased. PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to